### Robert Lee REYNOLDS, II, Plaintiff—Appellant,

v.

**J. NEAL, Unit Manager at FCI Edgefield; John J. Lamanna, Warden at FCI Edgefield; Ray Holt, Regional Director; Harrell Watts, General Counsel, Defendants—Appellees.**

No. 08–6821.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 23, 2008.

Robert Lee Reynolds, II, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

* *See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91

PER CURIAM:

Robert Lee Reynolds, II, appeals from the district court's order adopting the magistrate judge's recommendation and dismissing his *Bivens** action. Our review of the record discloses that this appeal is without merit. Accordingly, we affirm the district court's dismissal on the reasoning of the district court. *Reynolds v. Neal,* No. 4:07–cv–01724–CMC, 2008 WL 2048700 (D.S.C. May 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

S.Ct. 1999, 29 L.Ed.2d 619 (1971).